UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN RANDOLPH,

   Plaintiff,

-vs-                                     CASE NO.: 8:17-CV-816-T-23-JSS

ENCORE RECEIVABLE
MANAGEMENT, INC.,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Brian Randolph, and the Defendant, Encore Receivable Management Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2nd day of October, 2017.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Ruel W. Smith, Esquire* |
| Frank H. Kerney, III, Esquire | Ruel W. Smith, Esquire |
| Florida Bar #: 88672 | Florida Bar #: 0036548 |
| Morgan & Morgan, Tampa, P.A. | Hinshaw & Culbertson, LLP |
| One Tampa City Center | 100 S. Ashley Drive, Suite 500 |
| 201 North Franklin Street, 7th Floor | Tampa, FL 33602-5301 |
| Tampa, FL 33602 | Telephone: (813) 276-1662 |
| Telephone: (813) 223-5505 | Facsimile: (813) 276-1956 |
| Facsimile: (813) 223-5402 | rsmith@hinshawlaw.com |
| fkerney@forthepeople.com | dkelly@hinshawlaw.com |
| jkneeland@forthepeople.com | vtorres@hinshawlaw.com |
| mbradford@forthepeople.com | Counsel for Defendant |
| Counsel for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Ruel W. Smith, Hinshaw & Culbertson LLP, 100 S. Ashley Drive, Tampa, FL 33611 (rsmith@hinshawlaw.com; dkelly@hinshawlaw.com; and vtorres@hinshawlaw.com).

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
Counsel for Plaintiff