UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN RANDOLPH,

    Plaintiff,

v.	CASE NO. 8:17-cv-816-T-23JSS

ENCORE RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 21), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on October 3, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE